UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CARA A. GEOGHAGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03616-RLY-MJD |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is scheduled for a telephonic initial pretrial conference on **Thursday, October 31, 2019 at 2:00 p.m. (Eastern)**.   Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. The parties shall file a proposed Case Management Plan ("CMP") on or before **October 28, 2019**. Unless the parties agree there are compelling reasons for a departure, the CMP shall be in the format set forth in the model CMP found on the Court's website (www.insd.uscourts.gov).

Section III(A) through (E) of the proposed CMP shall include the following deadlines:

A.    The parties shall serve their Fed. R. Civ. P. 26 initial disclosures on or before **November 5, 2019**.

B.    Plaintiff(s) shall file preliminary witness and exhibit lists on or before **November 12, 2019**.

C.    Defendant(s) shall file preliminary witness and exhibit lists on or before **November 19, 2019**.

D.    All motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before **December 13, 2019**.

E.      Plaintiff(s) shall serve Defendant(s) (but not file with the Court) a statement of special damages, if any, and make a settlement demand, on or before **November 12, 2019**.   Defendant(s) shall serve on the Plaintiff(s) (but not file with the Court) a response thereto **within 21 days after receipt of the demand**.   The parties shall forward copies of their settlement demands and responses when made to Magistrate Judge Dinsmore at MJDinsmore@insd.uscourts.gov.

In advance of the initial pretrial conference, counsel shall plan for discovery and conduct the conference required by Fed. R. Civ. P. 26(f).   Represented parties shall attend the initial pretrial conference by counsel.   Clients are not required (but are permitted) to attend this conference.

Counsel who attend the conference must have their appearance on file.   At the conference, counsel should be prepared to discuss the issues addressed in the ESI Supplement to Case Management Plan found on the Court's website, in addition to:

1.      How exhibits will be identified during the discovery process consistent with the Court's trial procedures;

2.      The types and number of witnesses the parties anticipate may provide evidence under Federal Rule of Evidence 702, 703 or 705;

3.      Any issues anticipated at the outset regarding the scope or nature of discovery anticipated in the case;

4.      Any anticipated deviations from the established limitations on discovery;

5.      Any anticipated need for the entry of a protective order in the matter; and

6.      How soon the parties anticipate being in a position to discuss settlement of the matter and what specific items of discovery need to be completed prior thereto, and how that necessary discovery can be accomplished as quickly and efficiently as possible.

SO ORDERED.

Dated:   27 SEP 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.