UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARA A. GEOGHAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-03616-RLY-MJD |
| ) | |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

The Court, *sua sponte*, hereby **RESCHEDULES** the Telephonic Status Conference currently set for December 20, 2019 at 10:30 a.m. to **Thursday, December 19, 2019 at 11:30 a.m. (Eastern)**. All other requirements of the Court's Order dated October 31, 2019 [Dkt. 16] remain in effect.

SO ORDERED.

Dated: 8 NOV 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.